UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| STEPHEN MAYO, Individually and On Behalf of All Others Similarly Situated, § § § Plaintiff, § § v. § § KAT ENERGY SERVICES, LLC and § DARIN HARDING, § § Defendants. § | Case No. 7:20-cv-00170-DC-RCG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Stephen Mayo and opt-in plaintiff Patrick Veach (collectively "Plaintiffs"), and Defendants Kat Energy Services, LLC, and Darin Harding (collectively, "Defendants") hereby stipulate to the dismissal of all claims asserted by Plaintiffs against all Defendants in this matter with prejudice. Each party agrees to bear his or its own attorneys' fees and costs.

2

| | |
|---|---|
| Dated: October 6, 2021 | Respectfully submitted, |
| */s/ Melissa Moore* | */s/ Mark D. Temple* |
| Melissa Moore | Mark D. Temple, *attorney-in-charge* |
| Tex. Bar No. 24013189 | Texas Bar No. 00794727 |
| melissa@mooreandassociates.net | Peter J. Stuhldreher, *of counsel* |
| Curt Hesse | Texas Bar No. 24056393 |
| Tex. Bar No. 24065414 | Paul M. Knettel, *of counsel* |
| curt@mooreandassociates.net | Texas Bar No. 24102031 |
| MOORE & ASSOCIATES | BAKER & HOSTETLER LLP |
| Lyric Center | 811 Main Street, Suite 1100 |
| 440 Louisiana Street, Suite 675 | Houston, Texas 77002 |
| Houston, Texas 77002-1063 | Telephone: (713) 751-1600 |
| Telephone: (713) 222-6775 | Facsimile: (713) 751-1717 |
| Facsimile: (713) 222-6739 | mtemple@bakerlaw.com |
| | pstuhldreher@bakerlaw.com |
| **Attorneys for Plaintiff** | pknettel@bakerlaw.com |
| | **Attorneys for Defendants** |

4847-3447-3214.2

3

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this filing to all counsel of record.

*/s/ Mark D. Temple*  
Mark D. Temple
