# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **STEPHEN MAYO,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | MO:20-CV-00170-RCG |
| | § | |
| **KAT ENERGY SERVICES, LLC &** | § | |
| **DARIN HARDING,** | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, this cause is **DISMISSED WITH PREJUDICE**. (Doc. 31); *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, any pending motions are **HEREBY DENIED AS MOOT**. It is further ordered that attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the settlement agreement. The District Clerk's Office is directed to **CLOSE** the case.

It is so **ORDERED**.

SIGNED this 29th day of October, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE